# EXHIBIT 1

Birth Certificate of V.M.L.

(*Redacted per F.R.C.P. 5.2(a)*

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

## CERTIFICATION OF BIRTH

9404200

CHILD'S NAME (LAST, FIRST, SECOND)
M████ L████, V█████████ L████

BIRTH NO: ███████████

BIRTH DATE
████████ 2023

TIME OF BIRTH
02:34 PM

SEX
F

NUMBER BORN
1

BIRTH ORDER
1

PLACE OF BIRTH (CITY, TOWN, OR LOCATION)
**BATON ROUGE**

NAME OF HOSPITAL OR INSTITUTION
**WOMAN'S HOSPITAL**

RESIDENCE OF MOTHER/PARENT (CITY, TOWN, OR LOCATION)
**DENHAM SPRINGS**

PARISH
**LIVINGSTON**

STATE
**LA**

ZIP Code
███████

STREET ADDRESS OF RESIDENCE
███████████

FATHER'S/PARENT'S NAME PRIOR TO FIRST MARRIAGE (LAST, FIRST, SECOND)
**MENDEZ SAGASTUME, ADIEL ISAI**

CITY AND STATE OF BIRTH (IF NOT U.S., NAME OF COUNTRY)
**SANTA BARBARA, HONDURAS**

AGE AT THIS BIRTH
**28**

MOTHER'S/PARENT'S NAME PRIOR TO FIRST MARRIAGE (LAST, FIRST, SECOND)
**LOPEZ VILLELA, JENNY CAROLINA**

CITY AND STATE OF BIRTH (IF NOT U.S., NAME OF COUNTRY)
**SANTA BARBARA, HONDURAS**

AGE AT THIS BIRTH
**27**

FILE DATE
████████, 2023

DATE ISSUED
**January 30, 2023 10:38:39 AM**

A REPRODUCTION OF THIS DOCUMENT IS
VOID AND INVALID. DO NOT ACCEPT

ISSUED BY: Johnson, Janice Marie

009404200

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE
OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF
THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

**DEVIN GEORGE**
STATE REGISTRAR

DHH-OPH
LOUISIANA

AmeriTech, Incorporated

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

