# EXHIBIT 3

Provisional Custody By Mandate Delegating Custodial Authority to Next Friend Petitioner Trish Mack

## PROVISIONAL CUSTODY BY MANDATE

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BE IT KNOWN THAT on this _24th_ day of __April__, 20_25_, before me, the undersigned notary, and in the presence of the competent witnesses hereinafter named and undersigned:

Personally came and appeared:

ADIEL ISAI MENDEZ SAGASTUME

born ▮▮▮▮ 1994, in Honduras, and presently domiciled in Livingston Parish, State of Louisiana, and being above the age of majority, who, by these presents makes, names, constitutes, appoints, and grants provisional custody of his children V▮▮▮ L▮▮▮ M▮▮▮ L▮▮▮ (born ▮▮▮ 2023) and V▮▮▮ L▮▮▮ M▮▮▮ L▮▮▮ (born ▮▮▮ 2014) to:

TRISH SMITH MACK

born ▮▮▮ 1978, who is a citizen of the United States, is domiciled in Livingston Parish, Louisiana, and is above the age of majority

To provide for the health, education and welfare of the children as provided by the law on Provisional Custody by Mandate, specifically including the authority to:

A.M (1) Consent to and authorize such medical care, treatment, or surgery as may be deemed necessary for the health, safety, and welfare of the children.

A.M (2) Enroll the child in such schools or educational institutions as may be deemed necessary for due and proper education.

A.M (3) Discipline the children in such reasonable manner as may be necessary for proper rearing, supervision, and training.

A.M (4) Travel outside of the continental United States with the children.

A.M (5) Do and perform all other such acts as may be necessary for the shelter, support, and general welfare of the children.

This Provisional Custody by Mandate will continue to be effective until April 24, 2026, or one year from date hereof, whichever period is shorter.

I agree that any third party who receives a copy of this document may rely upon the authority granted the agent as indicated herein and may act in reliance on such authority. Revocation or termination by operation of law is not effective as to a third party until he has actual knowledge thereof. I agree to indemnify and hold harmless the third party for any claims that arise against him because of reliance on this Provisional Custody by Mandate.

The undersigned agent does hereby accept the provisional custody of the children named herein.

THUS DONE AND PASSED in East Baton Rouge Parish, State of Louisiana, in the presence of undersigned competent witnesses, who sign these presents with the appearers and me, notary, after due reading of the whole.

WITNESSES:

Print: _Lexs Mack_

Print: _Sara Louis-Ayo_

MANDATARY:

_Adiel Mendez_
ADIEL ISAI MENDEZ SAGASTUME

AGENT:

_Trish Smith Mack_
TRISH SMITH MACK

Juan M. Delgado
Bar Roll #26624
NOTARY PUBLIC