UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| Trish Mack, as next friend of V.M.L., a minor, *Petitioner*, v. Mellissa HARPER, *et al.,* Respondents. | Case No: _____ |

## [PROPOSED] ORDER GRANTING PETITIONER'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

Upon review of Petitioner's Motion for Temporary Restraining Order, the Petition for Habeas Corpus, all supporting exhibits, together with any opposing papers, Petitioner's Motion for a Temporary Restraining Order is GRANTED.

The Court finds that the Petitioner has satisfied the requirements for temporary injunctive relief by demonstrating that she is likely to succeed on the merits, that she is likely to suffer irreparable harm in the absence of injunctive relief, that the balance of equities tips in her favor, and that an injunction is in the public interest. *See Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008).

It is further ordered that Respondents and their agents, employees, assigns, and all those acting in concert with them, are enjoined as follows:

- Respondents shall maintain the status quo for Petitioner's mother and eleven-year-old sister so as to avoid any inadvertent deportation of Petitioner.
- Respondents shall immediately release Petitioner from custody to her custodian, Trish Mack.
- In the alternative, Respondents shall not transfer Petitioner out of this District.
- No security shall be required.

Dated this _____ day of _____ 2025.

_____
United States District Judge