AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| TRISH MACK, as next friend of V.M.L., a minor, *Plaintiff* <br> v. <br> MELLISSA HARPER, et al., *Defendant* | ) ) ) ) ) ) Case No. 1:25-cv-00550 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mellissa Harper, Kenneth Genalo, Todd Lyons, Kristi Noem, Pamela Bondi                                          .

Date:    04/25/2025

s/ Joseph McCarter
*Attorney's signature*

Joseph McCarter, MD Bar # 2311290014
*Printed name and bar number*

PO Box 878
Ben Franklin Station
Washington, DC 20044

*Address*

Joseph.A.McCarter@usdoj.gov
*E-mail address*

(202) 746-8537
*Telephone number*

*FAX number*