# EXHIBIT A

# Handwritten Letter of Jenny Carolina Lopez [Villela]

Yo: Jenny Carolina Lopez

me llevare a mi hija

Valentina Mendez Lopez

Conmigo a Honduras

04/24/2025 - 18:23 P.M

Jenny Carolina Lopez Villela