UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRISH MACK, as next friend of V.M.L., a minor,<br><br>    Petitioner,<br><br>    v.<br><br>MELLISSA HARPER, et al.,<br><br>    Respondents. | Case No. 1:25-cv-00550 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 25th day of April 2025, I electronically filed and served a copy of the following documents on all parties receiving CM/ECF notices in this case: Respondents' Opposition to Petitioner's Motion for a Temporary Restraining Order, Exhibit A, Handwritten Letter of Jenny Carolina Lopez [Villela], and Exhibit B, Declaration of Mellissa Harper.

    /s/ Joseph A. McCarter
JOSEPH A. MCCARTER
Trial Attorney
Office of Immigration Litigation
Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 746-8537
Joseph.A.McCarter@usdoj.gov

Attorney for Respondents