UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **VML ET AL** | **CASE NO. 1:25-CV-00550 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MELLISSA B HARPER ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus (ECF No. 1) and an Emergency Motion for Temporary Restraining Order (ECF No. 2) filed on behalf of VML. VML is ostensibly a two-year-old United States citizen. *See id.* On April 24, 2025, this Court received a Petition contending that VML was being deported, alongside her illegal-immigrant mother, to Honduras. ECF No. 2. Of course, "It is illegal and unconstitutional to deport, detain for deportation, or recommend deportation of a U.S. citizen." *See Lyttle v. United States,* 867 F.Supp.2d 1256 (M.D. Ga. 2012) *(citing Tuan Anh Nguyen v. Immigration & Naturalization Serv.,* 533 U.S. 53, 67 (2001) (affirming that a citizen has the "absolute right to enter [the United States] borders"); *Shapiro v. Thompson,* 394 U.S. 618, 629 (1969) ("This Court long ago recognized that the nature of our Federal Union and our constitutional concepts of personal liberty unite to require that all citizens be free to travel throughout the length and breadth of our land uninhibited by statutes, rules, or regulations which unreasonably burden or restrict this movement."), *overruled on other grounds by Edelman v. Jordan,* 415 U.S. 651, 670–71 (1974). The Government contends that this

is all okay because the mother wishes that the child be deported with her.  *See* ECF No. 5-1.  But the Court doesn't *know* that.  Seeking the path of least resistance, the Court called counsel for the Government at 12:19 p.m. CST, so that we could speak with VML's mother and survey her consent and custodial rights.  The Court was independently aware at the time that the plane, tail number N570TA, was above the Gulf of America.  The Court was then called back by counsel for the Government at 1:06 p.m. CST, informing the Court that a call with VML's mother would not be possible, because she (and presumably VML) had just been released in Honduras.  In the interest of dispelling our strong suspicion that the Government just deported a U.S. citizen with no meaningful process,

**IT IS ORDERED** that the matter be set for hearing at 9:00 a.m. on May 16, 2025, at the Monroe Federal Courthouse, 201 Jackson St, Monroe, LA, 71201.

**MONROE, LOUISIANA**, this 25th day of April, 2025.

_____
Terry A. Doughty
United States District Judge