# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| V.M.L, A MINOR CHILD, ET AL | * | CASE NO. 1:25-CV-00550 SEC. P |
| | * | |
| VERSUS | * | DISTRICT JUDGE DOUGHTY |
| | * | |
| MELLISSA B. HARPER, ET AL | * | MAGISTRATE JUDGE PEREZ-MONTES |

### DEFENDANTS' MOTION TO SUBSTITUTE COUNSEL

COMES NOW, Defendants, Mellissa Harper, Kenneth Genalo, Todd Lyon, Krisi Noem, and Pamela Bondi, each in his or her official capacity, by and through Alexander C. Van Hook, Acting United States Attorney for the Western District of Louisiana, and Karen J. King, Assistant United States Attorney, and respectfully move the Court for an order directing that Karen J. King and Alanna T. Duong, of the United States' Office of Immigration Litigation, be substituted for Joseph McCarter and Bichngoc T. Do, as counsel for the Defendants in this proceeding.

1.

The Emergency Motion for Temporary Restraining Order filed in this matter is set for hearing before this honorable Court on May 16, 2025, beginning at 9:00 a.m.

2.

On April 25, 2025, attorneys Joseph McCarter and Bichngoc T. Do. each filed an Appearance of Counsel on behalf of Defendants [Docs. 3 and 4].

3.

Assistant United States Attorney Karen J. King should be substituted as lead trial counsel and can be noticed with pleadings and orders at 800 Lafayette Street, Suite 2200, Lafayette, LA 70501; Telephone: (337) 262-6618; Facsimile: (337) 262-6693; Email: karen.king@usdoj.gov.

4.

United States' Office of Immigration Litigation Attorney, Alanna T. Duong should be substituted as co-counsel and can be noticed with pleadings and orders at 450 5th Street, NW, Washington, DC 20530; Telephone: (202) 305-7040; Email: alanna.duong@usdoj.gov.

5.

Substitution of counsel will not delay the progress of this proceeding.

WHEREFORE, Defendant prays that this Honorable Court allow Karen J. King to be substituted as lead counsel and Alanna T. Duong as co-counsel and that representation by Joseph McCarter and Bichngoc T. Do be terminated as counsel of record for Defendants.

Respectfully Submitted,

U.S. DEPARTMENT OF JUSTICE
OFFICE OF IMMIGRATION LITIGATION

By:  */s/ Joseph A. McCarter*
JOSEPH McCARTER (MD BAR NO. 2311290014)
P.O. Box 878 / Ben Franklin Station
Washington, DC 20044
Telephone: (202) 746-8537
Email: Joseph.A.McCarter@usdoj.gov

*/s/ Bichngoc T. Do*
BICHNGOC T. DO (CA BAR NO. 350755)
P.O. Box 878 / Ben Franklin Station
Washington, DC 20044
Telephone: (202) 742-7093
Email: Bichngoc.T.Do@usdoj.gov
&

                ALEXANDER C. VAN HOOK

                ACTING UNITED STATES ATTORNEY
                WESTERN DISTRICT OF LOUISIANA

By:    */s/ Karen J. King*
        KAREN J. KING (LA BAR NO. 23508)
        Assistant United States Attorney
        800 Lafayette, Street, Suite 2200
        Lafayette, LA 70501
        Telephone: (337) 262-6618 / Fax: (337) 262-6693
        Email: karen.king@usdoj.gov

        U.S. DEPARTMENT OF JUSTICE
        OFFICE OF IMMIGRATION LITIGATION

        */s/ Alanna T. Duong*
        ALANNA T. DUONG (AZ BAR NO. 031641)
        Senior Litigation Counsel
        Office of Immigration Litigation
        Civil Division, U.S. Dept. of Justice
        P.O. Box 878, Ben Franklin Station
        Washington, DC 20044
        Tel:  (202) 305-7040
        alanna.duong@usdoj.gov