# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **V.M.L, A MINOR CHILD, ET AL** | * | **CASE NO. 1:25-CV-00550 SEC. P** |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE DOUGHTY** |
| | * | |
| **MELLISSA B. HARPER, ET AL** | * | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

Considering the Motion to Substitute Counsel of Record filed on behalf of Defendants, in this proceeding,

**IT IS HEREBY ORDERED** that said motion is **GRANTED**, and that Karen J. King, Assistant United States Attorney, Western District of Louisiana, and Alanna T. Duong, U.S. Attorney for the Office of Immigration Litigation are **SUBSTITUTED** as counsel of record in place of Joseph McCarter and Bichngoc T. Do, on behalf of Defendants in this proceeding.

**THUS DONE AND SIGNED** this _____ day of _____, 2025, at _____, Louisiana.

_____
**HONORABLE TERRY A. DOUGHTY**
**CHIEF UNITED STATES DISTRCT JUDGE**