**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT COURT JUDGE**
May 2, 2025

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **VML ET AL** | **CIVIL ACTION NO. 25-cv-550** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MELLISSA B HARPER ET AL** | **MAG. JUDGE PEREZ-MONTES** |

The parties are directed to file their respective witness lists and exhibit lists for the May 16 hearing by Friday, May 9, 2025.

*TAD*
TAD