**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| Trish MACK, *as next friend of V.M.L., a minor*, | |
| *Petitioner*, | Civil Action No.: 1:25-cv-550-TAD-JPM |
| v. | Chief Judge Terry A. Doughty |
| Mellissa B. HARPER, *et al.,* | Magistrate Judge Joseph H.L. Perez-Montes |
| *Respondents*. | |

**MOTION TO LIMIT ELECTRONIC ACCESS UNDER FED. R. CIV. P. 5.2(c)**

Pursuant to Federal Rules of Civil Procedure 5.2(c), Plaintiff, by and through undersigned counsel, respectfully moves this Court to limit public access to the Pleadings currently filed on the public docket as an action related to immigration detention.

On April 24, 2025, Petitioner V.M.L., a minor child, commenced this action through her Next Friend by the filing of the Petition in this case (ECF No. 1). Counsel was under the impression that because the Petition was an action under Habeas Corpus related to detention by an immigration agency, filings would be unavailable to the public through Pacer CM/ECF or other online docket distributors.[1]

Under Federal Rule of Civil Procedure 5.2(c), electronic access is limited in any "action . . . related to . . . immigration . . . detention" to the parties, with public access available in-person at the district courthouse.[2] Case types available on the Civil Cover Sheet for petitions for habeas

---

[1] I.e., https://www.CourtListener.com

[2] The Rule exempts "an opinion, order, judgment, or other disposition of the court," Fed. R. Civ. P. 5.2(c)(2)(B), which should be accessible electronically to the public.

corpus are limited to "Alien Detainee" and "General." *See* ECF No. 1-5. In the instant case, there is no dispute that Petitioner is a citizen of the United States. However, Petitioner was held in custody of U.S. Immigration and Customs Enforcement ("ICE") with her mother and older sister, who are both citizens of Honduras. There is no dispute that Petitioner, her mother, and her sister were in "immigration detention" from April 22, when ICE officers took them into custody, to April 25, when ICE flew them from Alexandria, Louisiana, to Honduras.

Accordingly, Petitioner respectfully requests that this Court reclassify and treat public electronic access as limited consistent with Federal Rule of Civil Procedure 5.2(c).

Plaintiff's counsel has conferred with counsel for Respondents, Office of Immigration Litigation Trial Attorney Karen King and Alanna Duong, who state that Respondents do not oppose this Motion.

Date:   May 7, 2025                          Respectfully submitted,

                                             /s/ Gracie Willis
                                             Gracie H. Willis*
                                             Matthew S. Vogel†
                                             National Immigration Project
                                             of the National Lawyers Guild
                                             1763 Columbia Road NW
                                             Suite 175 # 896645
                                             Washington, DC 20009
                                             Tel: (202) 769-4778
                                             gracie@nipnlg.org
                                             matt@nipnlg.org

                                             *Appearing pro hac vice

† Not admitted in DC; working remotely from and admitted in Louisiana only.

2