# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| Trish MACK, *as next friend of V.M.L., a minor*,<br><br>*Petitioner*,<br><br>v.<br><br>Mellissa B. HARPER, *et al.*,<br><br>*Respondents*. | Civil Action No.: 1:25-cv-550-TAD-JPM<br><br>Chief Judge Terry A. Doughty<br>Magistrate Judge Joseph H.L. Perez-Montes |

## [PROPOSED] ORDER

Considering Petitioner's Motion to Limit Electronic Access and finding good cause exists, the Motion is **GRANTED**. Therefore, it is hereby

**ORDERED** that the Clerk shall limit electronic access to this case under Rule 5.2(c).

Monroe, Louisiana, this _____ day of May, 2025.

_____
HON. TERRY A. DOUGHTY
CHIEF U. S. DISTRICT JUDGE