# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

**VML ET AL**                                   **CASE NO.  1:25-CV-00550 SEC P**

**VERSUS**                                      **JUDGE TERRY A. DOUGHTY**

**MELLISSA B HARPER ET AL**          **MAG. JUDGE PEREZ-MONTES**

## ORDER

Considering Petitioner's Motion to Limit Electronic Access (ECF No. 15) and finding good cause exists,

**IT IS ORDERED** that the Motion is **GRANTED**.  The Clerk shall limit electronic access to the filings in this case under Federal Rule of Civil Procedure 5.2(c).  *See Patel v. Jaddou,* 92 F.4th 639, 641 (6th Cir. 2024) ("[I]n immigration [detention] cases . . . Rule 5.2 limits [] remote access to the pleadings.").  This restriction does not include "an[y] opinion, order, judgment, or other disposition of the court."  *See* Fed. R. Civ. P. 5.2(c)(2)(B).

**MONROE, LOUISIANA**, this 7th day of May, 2025.

_____
Terry A. Doughty
United States District Judge