UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| VML ET AL | CASE NO. 1:25-CV-00550 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| MELLISSA B HARPER ET AL | MAG. JUDGE PEREZ-MONTES |

**ORDER**

Considering Petitioner's Motion for Leave to File Motion Under Seal (ECF No. 16) and finding that the filing in question contains sensitive information favoring sealing, the Motion is **GRANTED**. Therefore, it is hereby **ORDERED** that the Clerk shall file Petitioner's Motion to Correct, in the record presently at ECF No. 16-3, into the record under seal.

That settled, considering Petitioner's Motion to Correct and finding good cause exists, the Motion to Correct is **GRANTED**. Therefore, it is hereby **FURTHER ORDERED** that the Clerk shall substitute page 3 of ECF No. 1-2 on the docket with the corrected filing attached to the Motion to Correct as Exhibit A (ECF No. 16-4).

**MONROE, LOUISIANA,** this 7th day of May, 2025.

_____
Terry A. Doughty
United States District Judge